**Order entered July 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01524-CR
No. 05-18-01525-CR
No. 05-18-01526-CR

**JUAN MIGUEL LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-00358-N, F17-00360-N & F17-00362-N**

## ORDER

Before the Court is appellant's July 3, 2019 second motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before September 3, 2019. If appellant's brief is not filed by September 3, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE